# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SUTTON, an individual, DEBORAH SUTTON, an individual, and as husband and wife,<br><br>    Plaintiffs,<br><br> v.<br><br>DAVOL INC., a Delaware Corporation, BARD DEVICES, INC., a Delaware Corporation, and C.R. BARD, INC., a New Jersey Corporation, JONATHAN L. SALES, M.D., an individual, BAKERSFIELD MEMORIAL HOSPITAL, a corporation, CATHOLIC HEALTHCARE WEST, a corporation, DOES 1 through 300, inclusive,<br><br>    Defendants. | 1:08-cv-0280 OWW GSA<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO REMAND AND SEVERING AND REMANDING CLAIM AGAINST DEFENDANTS JONATHAN SALES, M.D., BAKERSFIELD MEMORIAL HOSPITAL AND CATHOLIC HEALTHCARE WEST TO KERN COUNTY SUPERIOR COURT |

  For the reasons stated in the Memorandum Decision of May 28, 2008:

  1. Plaintiffs' motion to remand is GRANTED IN PART AND DENIED IN PART;

  2. Plaintiffs' claims against Defendants Jonathan Sales, M.D., Bakersfield Memorial Hospital, and Catholic Healthcare West are SEVERED AND REMANDED to the Kern County Superior Court; and

1

**3.   Plaintiffs' request for attorneys' fees is DENIED.**

IT IS SO ORDERED.

**Dated:   July 1, 2008**                              /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE